IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JASON BLANKENSHIP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 6:21-CV-00203-ADA-DTG |
| INSITUFORM TECHNOLOGIES, LLC, | § § § | |
| Defendant. | § § | |

**AGREED ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE**

Before the Court is the Agreed Motion to Dismiss with Prejudice filed by Plaintiff Jason Blankenship ("Plaintiff") and Defendant Insituform Technologies, LLC ("Defendant"). The Court finds that the motion should be, and is hereby, **granted**. The entirety of Plaintiff's claims and causes of action in this case are **dismissed with prejudice**. Each party shall bear its own costs and attorneys' fees.

**It is so ordered** this 1st day of August, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE